**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

PRIMERICA LIFE INSURANCE COMPANY,

     Plaintiff,

v.                                           CV No. 18-109 JCH/CG

CYNTHIA MONTOYA, BIANCA TRUJILLO,
and HERITAGE MEMORIAL FUNDING, LLC,

     Defendants.


HERITAGE MEMORIAL FUNDING, LLC, and
BIANCA TRUJILLO,

     Cross-Claimants,

v.

CYNTHIA MONTOYA,

     Cross-Defendant.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

     **THIS MATTER** came before the Court on a Rule 16 scheduling conference.

Following a review of the parties' *Joint Status Report and Provisional Discovery Plan*,

(Doc. 17), filed April 26, 2018. The Court adopts the *Joint Status Report and Provisional*

*Discovery Plan* as modified by the dates designated in the Court's *Scheduling Order*,

(Doc. 24).

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE