# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

PRIMERICA LIFE INSURANCE COMPANY,

    Plaintiff,

v.                                                  CV No. 18-109 JCH/CG

CYNTHIA MONTOYA, BIANCA TRUJILLO,
and HERITAGE MEMORIAL FUNDING, LLC,

    Defendants.


HERITAGE MEMORIAL FUNDING, LLC, and
BIANCA TRUJILLO,

    Cross-Claimants,

v.

CYNTHIA MONTOYA,

    Cross-Defendant.

## ORDER AMENDING ORDER SETTING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court *sua sponte*. The June 15, 2018, Settlement Conference is hereby scheduled to be held in **ADR Conference Rooms 1 & 2 at the U.S. Historic Courthouse, 421 Gold Ave. SW, Albuquerque, New Mexico, 87102**. The parties shall consult the *Order Setting Telephonic Status Conference and Settlement Conference*, (Doc. 28), for additional details about the Settlement Conference.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE