# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

PRIMERICA LIFE INSURANCE COMPANY,

    Plaintiff,

v.                                                     CV No. 18-109 JCH/CG

CYNTHIA MONTOYA, BIANCA TRUJILLO,
and HERITAGE MEMORIAL FUNDING, LLC,

    Defendants.

HERITAGE MEMORIAL FUNDING, LLC, and
BIANCA TRUJILLO,

    Cross-Claimants,

v.

CYNTHIA MONTOYA,

    Cross-Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record, **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Thursday, August 9, 2018, at 3:00 p.m.**

Parties shall call Judge Garza's "Meet Me" line at 505.348.2693 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including the Court's; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE