# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

PRIMERICA LIFE INSURANCE COMPANY,

    Plaintiff,

v.                                                                    CV No. 18-109 JCH/CG

CYNTHIA MONTOYA, BIANCA TRUJILLO,
and HERITAGE MEMORIAL FUNDING, LLC,

    Defendants.


HERITAGE MEMORIAL FUNDING, LLC, and
BIANCA TRUJILLO,

    Cross-Claimants,

v.

CYNTHIA MONTOYA,

    Cross-Defendant.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on its *Order to Show Cause*, (Doc. 43), filed August 9, 2018, and the parties' responses to the Order, (Docs. 44 and 45). The Court ordered the parties to show cause why they failed to attend a scheduled telephonic status conference on Thursday, August 9, 2018. (Doc. 43). The parties explained they missed the hearing due to calendaring issues. (Docs. 44 and 45).

**IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause*, (Doc. 43), is **QUASHED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE