**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

PRIMERICA LIFE INSURANCE COMPANY,

    Plaintiff,

v.                                                                      CV No. 18-109 JCH/CG

CYNTHIA MONTOYA, BIANCA TRUJILLO,
and HERITAGE MEMORIAL FUNDING, LLC,

    Defendants.

HERITAGE MEMORIAL FUNDING, LLC, and
BIANCA TRUJILLO,

    Cross-Claimants,

v.

CYNTHIA MONTOYA,

    Cross-Defendant.

## ORDER TO FILE STATUS REPORT

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the parties file a joint status report regarding the status of this case no later than **August 31, 2018**.

                                                        _____
                                                        THE HONORABLE CARMEN E. GARZA
                                                        CHIEF UNITED STATES MAGISTRATE JUDGE