**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

PRIMERICA LIFE INSURANCE COMPANY,

     Plaintiff,

v.                                            CV No. 18-109 JCH/CG

CYNTHIA MONTOYA and BIANCA TRUJILLO,

     Defendants.


BIANCA TRUJILLO,

     Cross-Claimant,

v.

CYNTHIA MONTOYA,

     Cross-Defendant.


## ORDER TO SUBMIT CLOSING DOCUMENTS

At the settlement conference held on Friday, August 2, 2019, the parties reached a negotiated resolution in this matter.

**IT IS THEREFORE ORDERED** that closing documents be filed **no later than Tuesday, September 3, 2019**, absent a request showing good cause for an extension.


_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE